United States District Court
Southern District of Texas
**ENTERED**
August 06, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| MSC MEDITERRANEAN SHIPPING CO. S.A., § § § *Plaintiff*, § VS. § TRANS OCEAN DISTRIBUTION, *et al.*, § § § *Defendants*. | CIVIL ACTION No. 3:20-cv-00180 |

## CONDITIONAL DISMISSAL ORDER

The court has been advised that a settlement has been reached between the parties. Dkt. 9. Accordingly, it is hereby **ORDERED** that all claims asserted by the parties in the above-styled and -numbered case are **DISMISSED WITH PREJUDICE** to refiling, unless any party represents in writing filed with the court on or before Tuesday, September 22, 2020, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before Tuesday, September 22, 2020.

**THIS IS A FINAL JUDGMENT.**

Signed on Galveston Island on this, the 6th day of August, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE